**UNITED STATES DISTRICT COURT**
**DISTRICT OF ARIZONA, TUCSON DIVISION**



```
       FILED         LODGED
       RECEIVED      COPY

           MAR 1 2 2018

       CLERK U S DISTRICT COURT
         DISTRICT OF ARIZONA
       BY                    DEPUTY
```

United States of America                              CASE: 17-29973M

vs.

Edmundo Santiago-Neria


### JUDGMENT IN A CRIMINAL CASE (For A Petty Offense)

The Defendant, Edmundo Santiago-Neria, was represented by counsel, Jose Lerma (CJA).

The defendant pled guilty to Ct(s) 2 of the Complaint on 11/09/2017. Accordingly, Ct(s) 1 of the Complaint is dismissed and the defendant is adjudged guilty of the following offense(s):

| Title & Section | Nature of Offense | Date of Offense |
|---|---|---|
| 8 U.S.C. 1325(a)(1) | Illegal Entry | 11/02/2017 |

As pronounced on 11/09/2017, the defendant is hereby committed to the custody of the United States Bureau of Prisons for a term of ONE HUNDRED FIVE (105) DAYS WITH CREDIT FOR TIME SERVED. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

The special assessment imposed pursuant to 18 U.S.C. § 3013 is hereby remitted pursuant to 18 U.S.C. § 3573 because reasonable efforts to collect this assessment are not likely to be effective.

The fine is waived because of the defendant's inability to pay.

The Court orders commitment to the Bureau of Prisons and recommends: the Defendant be placed in an institution in Florence, AZ.

Signed on Thursday, November 09, 2017.

DEFENDANT DELIVERED ON  1-19-18
TO BSCC BIG SPRING, TEXAS, BY AIRLIFT,
BUS, USM, SELF COMMITMENT

___L. Garza___, WARDEN

Arresting Agency: TCA

D Thomas. Ferraro
United States Magistrate Judge